| AO 10<br>Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2009 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>GUIN, J. FOY, JR. | 2. Court or Organization<br><br>U.S. DISTRICT COURT, N.D. ALA. | 3. Date of Report<br><br>05/05/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior U. S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>1729 FIFTH AVENUE NORTH<br>SUITE 918<br>BIRMINGHAM, ALABAMA 35203 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2010 MAY 13 P 3: 59 RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| GUIN, J. FOY, JR. | 05/05/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GUIN, J. FOY, JR. | 05/05/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GUIN, J. FOY, JR. | 05/05/2010 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  1/3 interest in lot located in Haleyville, AL | B | Rent | J | W | | | | | |
| 2.  Regions Bank (checking) | A | Interest | J | T | | | | | |
| 3.  Regions Bank (checking) | A | Interest | J | T | | | | | |
| 4.  ExxonMobil Corp com | E | Dividend | O | T | | | | | |
| 5.  AT&T | C | Dividend | L | T | | | | | |
| 6.  FMI Funds | A | Dividend | J | T | | | | | |
| 7.  IRA ACCT. A | A | Div & int | K | T | | | | | |
| 8.  -Pershing Govt Acct (Money market fund) | | | | | | | | | |
| 9.  -Teco Energy Inc com. | | | | | | | | | |
| 10.  -Regions Financial Corp com | | | | | | | | | |
| 11.  -Dow Chem Co | | | | | Sold | 11/12/09 | J | A | |
| 12.  -Citadel Broadcasting | | | | | | | | | |
| 13.  -Grainger, WW, Inc. | | | | | Sold | 07/14/09 | J | A | |
| 14.  -Family Dollar Stores | | | | | Buy | 12/15/09 | J | | |
| 15.  IRA ACCT. B | C | Div & Int | M | T | | | | | |
| 16.  -Applied Materials, Inc | | | | | | | | | |
| 17.  -Applied Materials Inc com | | | | | Buy (add'l) | 11/12/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GUIN, J. FOY, JR. | 05/05/2010 |

## VII. INVESTMENTS and TRUSTS – _Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Pershing Govt Fund (Money market fund) | | | | | | | | | |
| 19. -Clorox Co | | | | | Buy | 06/10/09 | J | | |
| 20. -Diebold, Inc. | | | | | Buy | 11/19/09 | J | | |
| 21. -Lowes Cos, Inc com | | | | | | | | | |
| 22. -Lubrizol Corp | | | | | Sold | 08/20/09 | K | C | |
| 23. -Molex, Inc | | | | | Sold | 06/08/09 | J | B | |
| 24. -Walgreen Co | | | | | Sold | 04/21/09 | J | A | |
| 25. -IBM | | | | | | | | | |
| 26. -Allied Cap Corp | | | | | | | | | |
| 27. -Grainger, WW, Inc | | | | | Sold | 07/14/09 | J | A | |
| 28. -Dover Corp | | | | | | | | | |
| 29. -Masco Corp | | | | | | | | | |
| 30. -AT&T, Inc | | | | | | | | | |
| 31. -Genuine Parts Co | | | | | | | | | |
| 32. -Intel Corp | | | | | | | | | |
| 33. -Paychex, Inc | | | | | | | | | |
| 34. -Pepsico, Inc | | | | | Buy | 04/23/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GUIN, J. FOY, JR. | 05/05/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Pepsico, Inc | | | | | Sold | 10/16/09 | J | B | |
| 36. -Sonoco Products Co | | | | | | | | | |
| 37. IRA ACCT. C | A | Div & Int | K | T | | | | | |
| 38. -Pershing Govt Acct (Money market fund) | | | | | | | | | |
| 39. -Walgreen Co | | | | | Sold | 04/21/09 | J | A | |
| 40. -Grainger, WW, Inc | | | | | Sold | 07/14/09 | J | A | |
| 41. -IBM | | | | | | | | | |
| 42. -Pepsico, Inc | | | | | Buy | 04/23/09 | J | | |
| 43. -Pepsico, Inc | | | | | Sold | 10/16/09 | J | B | |
| 44. -AT&T, Inc | | | | | | | | | |
| 45. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 46. -Barrick Gold com | A | Dividend | J | T | | | | | |
| 47. -Abbott Laboratories com. | A | Dividend | K | T | | | | | |
| 48. -Hewlett-Packard Inc. com. | A | Dividend | K | T | | | | | |
| 49. -Southwest Airlines com. | A | Dividend | J | T | | | | | |
| 50. -Pepsico Inc com | A | Dividend | K | T | | | | | |
| 51. -Regions Financial Corp | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GUIN, J. FOY, JR. | 05/05/2010 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -PPG Industries com | A | Dividend | J | T | | | | | |
| 53. -Federated Govt Reserves (formerly Alliance Govt Reserve | A | Dividend | K | T | | | | | |
| 54. -Home Depot Inc com | A | Dividend | J | T | | | | | |
| 55. -General Electric Co com | A | Dividend | J | T | | | | | |
| 56. -Automatic Data Processing, Inc com | A | Dividend | J | T | | | | | |
| 57. -Pfizer, Inc com | A | Dividend | J | T | | | | | |
| 58. -Kimberly Clark Corp com | A | Dividend | J | T | | | | | |
| 59. -Johnson & Johnson com | A | Dividend | J | T | | | | | |
| 60. -Allstate Corp com | A | Dividend | J | T | | | | | |
| 61. -Chevron Corp com | A | Dividend | J | T | | | | | |
| 62. -3M Company com | A | Dividend | K | T | | | | | |
| 63. -Colgate-Palmolive Co com | A | Dividend | J | T | | | | | |
| 64. -Walgreen Co com | A | Dividend | J | T | | | | | |
| 65. -Grainger, WW, Inc | A | Dividend | | | Sold | 07/14/09 | K | C | |
| 66. -Procter & Gamble Co | A | Dividend | K | T | | | | | |
| 67. -Intel Corp | A | Dividend | J | T | | | | | |
| 68. -Royal Dutch Shell PLC | A | Dividend | J | T | | | | | |

| 1. Income Gain Code: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GUIN, J. FOY, JR. | 05/05/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. -V F Corp | A | Dividend | J | T | | | | | |
| 70. -Nokia Corp Sponsored ADR | A | Dividend | J | T | | | | | |
| 71. -Nokia Corp Sponsored ADR | | None | J | T | Buy (add'l) | 12/02/09 | J | | |
| 72. -Emerson Electric Co | A | Dividend | J | T | | | | | |
| 73. -Sysco Corp | A | Dividend | J | T | | | | | |
| 74. -Air Products & Chems, Inc | A | Dividend | J | T | Sold (part) | 09/15/09 | J | B | |
| 75. -Texas Instruments, Inc | A | Dividend | J | T | | | | | |
| 76. -Diebold, Inc | A | Dividend | J | T | Buy | 04/17/09 | J | | |
| 77. -McDonalds Corp | A | Dividend | J | T | Buy | 05/11/09 | J | | |
| 78. -McDonalds Corp | A | Dividend | J | T | Buy (add'l) | 09/30/09 | J | | |
| 79. -Waste Management, Inc | A | Dividend | J | T | Buy | 07/17/09 | J | | |
| 80. -Becton Dickinson & Co | | None | K | T | Buy | 09/15/09 | J | | |
| 81. BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 82. -Regions Financial Corp | A | Dividend | J | T | | | | | |
| 83. -Protective Life Corp com | A | Dividend | J | T | | | | | |
| 84. -General Electric Co com | A | Dividend | J | T | | | | | |
| 85. -Intel Corp | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GUIN, J. FOY, JR. | 05/05/2010 |

## VII. INVESTMENTS and TRUSTS — *Income, value, transactions (Includes those of sp use and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Abitibibowater, Inc | | None | J | T | | | | | |
| 87. BROKERAGE ACCOUNT #3 | | | | | | | | | |
| 88. -Federal Government Reserves | A | Dividend | J | T | | | | | |
| 89. -Disney Walt Co Holding Co | A | Dividend | J | T | | | | | |
| 90. -Grainger, WW, Inc | A | Dividend | | | Sold | 07/14/09 | J | A | |
| 91. -Citadel Broadcasting Corp | | None | J | T | | | | | |
| 92. Scudder Var. Life Invest. Fund (Charter Nat'l - money market | | None | L | T | | | | | |
| 93. BROKERAGE ACCOUNT #4 | | | | | | | | | |
| 94. -AT&T, Inc | A | Dividend | J | T | | | | | |
| 95. -Abbott Labs | A | Dividend | J | T | | | | | |
| 96. -Automatic Data Processing, Inc | A | Dividend | J | T | | | | | |
| 97. -Automatic Data Processing, Inc | A | Dividend | J | T | Buy (add'l) | 04/27/09 | J | | |
| 98. -Avery Dennison Corp | A | Dividend | | | Sold | 07/30/09 | J | A | |
| 99. -Caterpillar, Inc | A | Dividend | J | T | | | | | |
| 100. -Chevron Corp | A | Dividend | J | T | | | | | |
| 101. -Coca Cola Company | A | Dividend | J | T | | | | | |
| 102. -Consolidated Edison, Inc | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GUIN, J. FOY, JR. | 05/05/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Darden Restaurants, Inc | | None | J | T | Buy | 11/17/09 | J | | |
| 104. -Dominion Res, Inc | A | Dividend | J | T | | | | | |
| 105. -Du Pont E I De Nemours & Co | A | Dividend | J | T | | | | | |
| 106. -Emerson Electric Co | A | Dividend | J | T | | | | | |
| 107. -Exxon Mobil Corp | A | Dividend | K | T | | | | | |
| 108. -Genuine Parts Co | A | Dividend | J | T | | | | | |
| 109. -Heinz H J Co | A | Dividend | | | Buy | 01/13/09 | J | | |
| 110. -Johnson Controls, Inc | A | Dividend | | | Sold | 03/11/09 | J | A | |
| 111. -Leggett & Platt, Inc | A | Dividend | | | Sold | 03/05/09 | J | A | |
| 112. -Lilly Eli & Co | A | Dividend | J | T | | | | | |
| 113. -Lincoln Natl Corp | A | Dividend | | | Sold | 03/05/09 | J | A | |
| 114. -Microsoft Corp | A | Dividend | | | Sold | 06/15/09 | J | A | |
| 115. -Occidental Petroleum Corp | A | Dividend | J | T | | | | | |
| 116. -PNC Finl Svcs Group, Inc | A | Dividend | | | Sold | 03/05/09 | J | A | |
| 117. -Paychex, Inc | A | Dividend | J | T | | | | | |
| 118. -Pfizer, Inc | A | Dividend | | | Sold | 11/17/09 | J | A | |
| 119. -Progress Energy, Inc | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GUIN, J. FOY, JR. | 05/05/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Regions Finl Corp | A | Dividend | J | T | | | | | |
| 121. -Southern Co | A | Dividend | J | T | | | | | |
| 122. -US Bancorp | A | Dividend | | | Sold | 01/21/09 | J | A | |
| 123. -Federated Govt Reserves (Money Market Fund) | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GUIN, J. FOY, JR. | 05/05/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Item V. Other gifts

I hold an honorary membership in the Downtown Rotary Club in Birmingham, Alabama. I attend one or two meetings per year, but pay only for meals. I have no vote and take no part in the club policy or decision making. Value of membership is unknown. As explained in my letter of July 6, 1995, an appropriate dollar value for this honorary membership would be no more than $1.00. I am really only a guest who pays $13.50 for a $6.00 meal. I have not been to the club meetings in the year 2009 and do not remember going in 2008. In no way can this honorary membership be said to have any value. There is no such thing as "a basic membership with like privileges".

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544